IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIMINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH VALLEY MALL II, LLC, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-1655-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Upon initiation of this action, the Court issued an order directing the parties to submit a joint status report regarding scheduling within 30 days of the date of filing of an answer to the complaint. See ECF No. 4. A review of the docket reflects that an answer was most recently filed on November 28, 2022. See ECF No. 15. To date, more than 30 days have elapsed since that date and the parties have not filed a joint status report as ordered by the Court. Accordingly, the parties are each directed to show cause in writing within 14 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's order to file a joint status

/ / /

/ / /

/ / /

/ / /

1

report.  The filing of a joint status report regarding scheduling within 14 days of the date of this order shall constitute a sufficient response to this order to show cause.

    IT IS SO ORDERED.

Dated:  February 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE