1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    THOMAS CIMINO,                            No.  2:22-CV-1655-DMC

12              Plaintiff,

13         v.                                    <u>ORDER</u>

14    NORTH VALLEY MALL II, LLC, et al.,

15              Defendants.

16

17              Plaintiff, who is proceeding with retained counsel, brings this civil action.

18    Plaintiff has filed a notice of voluntary dismissal of this action in its entirety, including his claims

19    against unserved Defendant North Valley Mall II, LLC.  <u>See</u> ECF No. 20.  Additionally, the

20    parties appearing in the action, including all other defendants, have filed a stipulation of voluntary

21    dismissal.  Because the stipulation has been signed by all parties who have appeared, leave of

22    Court is not required and the action is dismissed on the parties' notice as to Plaintiff's claims

23    against Defendants Wingman V, LLC, and Longs Drug Stores, LLC.  <u>See</u> Fed. R. Civ. P.

24    41(a)(1)(A)(ii).  The Court also finds good cause appearing for voluntary dismissal of this action

25    as to unserved Defendant North Valley Mall II, LLC.  <u>See</u> Fed. R. Civ. P. 41(a)(2).

26    / / /

27    / / /

28    / / /

1    The Clerk of the Court is directed to close this file.

2        IT IS SO ORDERED.

3

4    Dated:  March 10, 2023

5    _____
     DENNIS M. COTA
6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2